IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HOME-OWNERS INSURANCE COMPANY, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-234
)
PHYLLIS DELOACH; SOUTHERN IMAGE )
RESTAURANT & CATERING, INC.; )
RAY SHORES and PAMELA C. )
SHORES, individually and as )
Owners/Operators of Southern )
Image Restaurant; )
)
    Defendants. )
)

**O R D E R**

    Before the Court is the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 27) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion for Leave to File its First Amended Complaint (Doc. 18) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

    SO ORDERED this 2nd day of March 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA